# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
V. )      Magistrate's Case No. 07 MJ 2563
)
Windy Denise CONWAY )      WARRANT FOR ARREST
)
)
)
)

**FILED**
07 NOV 16 AM 8:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED 2007 NOV 14 A 4:11 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

---

**WARRANT ISSUED ON THE BASIS OF:**
__ Failure to Appear   __ Order of Court
__ Indictment           __ Information
X  Complaint

| TO: | NAME AND ADDRESS of PERSON TO BE ARRESTED: |
|---|---|
| Any United States Marshal or other authorized officer | Windy Denise CONWAY  —  c/o West Valley Detention Center<br>1169 Cottonwood Ranch Court,  9500 Etiwanda Avenue<br>Henderson, Nevada  Rancho Cucamonga, CA |

DISTRICT of ARREST:                    CITY of ARREST:

YOU are HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below:

*[Diagonal stamp: DATE ARRESTED 11/14/07  ARRESTED BY CHAD HOFFMAN S/A ICE  STEVEN C. STAFFORD, ACTING U.S. MARSHAL  BY ____ ]*

### DESCRIPTION of CHARGE(S)

**Assault on a Federal Officer**

| IN VIOLATION OF: | UNITED STATES CODE TITLE:<br>TITLE 18, USC | SECTION(s):<br>111(a)(1) |
|---|---|---|

BAIL: to be addressed at 1st appearance    OTHER CONDITIONS of RELEASE:

ORDERED BY: *[signature]*        DATE ORDERED: 10/30/07
CLERK OF COURT/U.S. MAGISTRATE (BY) DEPUTY CLERK *[signature]*    DATE ISSUED: 10/30/07

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED: 11/14/2007<br>DATE EXECUTED: 11/14/2007 | NAME AND TITLE of ARRESTING OFFICER:<br>CHAD HOFFMAN, S/A ICE | SIGNATURE:<br>*[signature]* |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charges on the defendant at the time this warrant is executed.